██ The PEOPLE OF THE STATE OF NEW YORK ex rel. TERRELL TAYLOR, Appellant, v S. DOLCE, Superintendent of Orleans Correctional Facility, Respondent. [32 NYS3d 542]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from a Judgment [denominated order] of Supreme Court, Orleans County, James P. Punch, A.J.—Habeas

Corpus.) Present—Whalen, P.J., Lindley, NeMoyer and Scudder, JJ.